# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re    **Hang Ngoc Nhan**                                                                                      Case No.    **16-72082**
                                                    Debtor(s)                    Chapter    **7**

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, **Hang Ngoc Nhan**, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐    I am unemployed; or

☐    I am self-employed; or

☑    My employer did not provide pay stubs.

☐    Other

Date  **December  9, 2016**                    Signature  **/s/ Hang Ngoc Nhan**
                                                              **Hang Ngoc Nhan**
                                                              Debtor