
**Arnall Golden Gregory** LLP

ATLANTA OFFICE
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363-1031
Direct phone: (404) 873-8596
Direct fax: (404) 873-8597
E-mail: Neil.Gordon@agg.com
www.agg.com

February 17, 2017

Clerk, United States Bankruptcy Court
1340 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Re:     Hang Ngoc Nhan, Debtor
         Case No. 16-72082-PMB

Dear Clerk of the Court:

I am the Chapter 7 Trustee in the above-referenced case. It appears there will be funds available for distribution to creditors, and therefore, it is necessary to establish a claims bar date and to mail a proof of claim form to all creditors.

Thank you for your attention to this matter. If you have any questions, please feel free to contact me at (404) 873-8596 or my paralegal Pamela Bicknell at (404) 870-5618.

Sincerely,

Neil C. Gordon

NCG:cs
cc:     Office of the United States Trustee

10414419v1