**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 16-72082-PMB** |
| | ) | |
| **HANG NGOC NHAN,** | ) | **CHAPTER 7** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**TRUSTEE'S APPLICATION FOR APPOINTMENT OF ATTORNEY**

COMES NOW, Neil C. Gordon, Trustee in the above-captioned case (the "**Case**"), and respectfully represents as follows:

1.

Applicant is the duly qualified and acting Trustee herein, and he wishes the law firm of which he is a member, Arnall Golden Gregory LLP, to act as his attorneys in this Case.

2.

Applicant and other members and associates of said firm are admitted to practice in this Court, have knowledge and experience in bankruptcy practice and are well qualified to represent the Trustee in this matter.

3.

The current hourly billing rates of the attorneys and paralegals who may render services in the Case are as follows:

| | | |
|---|---|---|
| 1. | Neil C. Gordon | $560.00 |
| 2. | Frank N. White | $505.00 |
| 3. | Michael F. Holbein | $460.00 |
| 4. | Michael J. Bargar | $365.00 |
| 5. | William D. Matthews | $380.00 |

| | | |
|---|---|---|
| 6. | Angela G. Ford | $185.00 |
| 7. | Nancy J. Overholtzer | $185.00 |
| 8. | Pamela E. Bicknell | $185.00 |
| 9. | Carol A. Stewart | $160.00 |

Depending on need for particular experience or the exigencies of the Case, other attorneys may also provide services. The above rates may be increased during the term of the proposed employment or if so awarded by the Court.

4.

Professional services for which counsel for the Trustee are necessary in this Case relate to the recovery of assets to be administered for the benefit of the bankruptcy estate (the "**Estate**"), including, but not limited to, that certain real property known generally as 5295 Circle Drive, Morrow, Clayton County, Georgia 30260 (the "Property"). The Property is rental property and not Debtor's residence. Based upon Trustee's initial investigation of value, the Property appears to have equity. Moreover, it appears that the security deed on the Property was not properly attested and may be avoidable by Trustee under 11 U.S.C. § 544.

Counsel will be needed for any (a) objection to any (i) motion to convert Case or (ii) motion to dismiss Case; (b) preparation of demand letters; (c) settlement negotiations; (d) legal research; (e) preparing, filing and prosecution of any (i) adversary proceeding (ii) motion to compel, (iii) motion for turnover, (iv) motion to settle, (v) motion to sell, (vi) claim objections, (vii) objection to exemptions, and (viii) other objections; and (f) other necessary services.

5.

The professional services, which may be rendered for which it is necessary that an attorney act may also include:

(a) Preparation of pleadings and motions and conducting of examinations incidental to the administration of the Estate;

(b) Services incidental to preservation and disposition of assets;

(c) Investigation, analysis, and appropriate action, if required, relative to any preference, fraudulent transfer, unperfected security interest, improper disposal of assets, prosecution of the Estate's claims, or pending litigation;

(d) Any and all other necessary action incident to the proper preservation and administration of the Estate.

6.

To the best of Applicant's knowledge, said firm's acting as attorneys in this Case will be in the best interest of the Estate because Applicant will be familiar with the Case and the trouble, expense, and delay inherent in acquainting and counseling other attorneys regarding operative facts may thus be avoided.

7.

Said firm does not hold or represent an interest adverse to the Estate, does not represent any creditor or other known interested party, and is a disinterested person under 11 U.S.C. § 327(a).

8.

In order to expedite the marshaling of the Estate's assets, Arnall Golden Gregory LLP has heretofore performed certain professional services for the Estate or plans to perform such services, which may be rendered prior to the signing of any order upon this Application.

9.

Applicant proposed that said firm be compensated for its services in accordance with future orders of the Court based upon the criteria for professional compensation required by bankruptcy law.

WHEREFORE, Applicant prays that Arnall Golden Gregory LLP be authorized to act as Applicant's attorney in this Case and that such authorization continue if said firm should assist any successor Trustee.

RESPECTFULLY SUBMITTED,

By: */s/ Neil C. Gordon*
Neil C. Gordon
State Bar No. 302387
Attorneys for Chapter 7 Trustee

Arnall Golden Gregory LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Ph: (404) 873-8596 / Fax: (404) 873-8597
Email: neil.gordon@agg.com

**AFFIDAVIT**

STATE OF GEORGIA
COUNTY OF FULTON

The undersigned does hereby make solemn oath that the statements contained in the foregoing Application are true according to the best of his knowledge and belief.

After diligent inquiry, it appears that there is no connection between Arnall Golden Gregory LLP and the Debtor, creditors, or other parties in interest of which Applicant is aware, and their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, other than possible professional or social relationships and possible involvement in other Cases in which the foregoing may have been involved as counsel, accountant or trustee.

*/s/ Neil C. Gordon*
Neil C. Gordon
State Bar No. 302387

Attorneys for Chapter 7 Trustee

SWORN TO AND SUBSCRIBED before
me this 28th day of February, 2017.

*/s/ Pamela E. Bicknell*
Pamela E. Bicknell
Notary Public
My commission expires: 1/18/2018

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing *Trustee's Application for Appointment of Attorney* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Paul Reece Marr
Paul Reece Marr, P.C.
300 Galleria Parkway, N.W.
Suite 960
Atlanta, GA 30339

Hang Ngoc Nhan
2015 Pine Forest Court
Jonesboro, GA 30236

This 28th day of February, 2017.

By: *<u>/s/ Neil C. Gordon</u>*
Neil C. Gordon