**IT IS ORDERED as set forth below:**

**Date: March 3, 2017**

Paul Baisier

**Paul Baisier**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 16-72082-PMB** |
| | ) | |
| **HANG NGOC NHAN,** | ) | **CHAPTER 7** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**ORDER APPROVING EMPLOYMENT OF PROFESSIONAL, SUBJECT TO OBJECTION**

On February 28, 2017, Neil C. Gordon, Chapter 7 Trustee (the "**Trustee**"), filed an application for appointment of Arnall Golden Gregory LLP ("**AGG**" or "**Applicant**") as attorneys for Trustee [Doc. No. 19] (the "**Application**"). The Application and accompanying verified statement demonstrate that AGG is a firm of attorneys qualified to practice in this Court, that Applicant is disinterested and represents no interest adverse to Debtors or the estate. As this case justifies employment of a professional for the purpose specified, it is hereby

ORDERED that under 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is GRANTED: Trustee is authorized to employ Applicant as Trustee's attorney during this Chapter 7 case. It is further

ORDERED that no compensation shall be paid to AGG except upon notice, hearing, and approval of the Court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application. It is further

ORDERED that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. In the event any written objections are filed within said period, then a hearing will be held on notice to the objecting party, Applicant, and Trustee.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

ARNALL GOLDEN GREGORY LLP

By: *_/s/ Neil C. Gordon_*
Neil C. Gordon
State Bar No. 302387
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-8596
Fax: (404) 873-8597
E-mail: Neil.Gordon@agg.com
Attorneys for Chapter 7 Trustee

**DISTRIBUTION LIST**

Neil C. Gordon
Arnall Golden Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363-1031

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Paul Reece Marr
Paul Reece Marr, P.C.
300 Galleria Parkway, N.W.
Suite 960
Atlanta, GA 30339

Hang Ngoc Nhan
2015 Pine Forest Court
Jonesboro, GA 30236