**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 16-72082 | PMB |
| Case Name: | HANG NGOC NHAN | |
| | | |
| For Period Ending: | 09/30/2017 | |

| | |
|---|---|
| Trustee Name: | NEIL C GORDON, TRUSTEE |
| Date Filed (f) or Converted (c): | 12/09/2016 (f) |
| 341(a) Meeting Date: | 01/11/2017 |
| Claims Bar Date: | 05/23/2017 |

Judge: Paul M. Baisier

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  5295 CIRCLE DRIVE MORROW GA 30260-0000 CLAYTON | 50,000.00 | 18,687.00 | | 0.00 | 18,687.00 |
| 2.  2003 ACURA TL | 2,000.00 | 2,000.00 | | 0.00 | 2,000.00 |
| 3.  HOUSEHOLD GOODS AND FURNISHINGS | 1,250.00 | 0.00 | | 0.00 | 0.00 |
| 4.  MISCELLANEOUS ELECTRONICS | 250.00 | 0.00 | | 0.00 | 0.00 |
| 5.  WEARING APPAREL | 300.00 | 0.00 | | 0.00 | 0.00 |
| 6.  JEWELRY | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7.  CASH | 75.00 | 0.00 | | 0.00 | 0.00 |
| 8.  WELLS FARGO | 47.71 | 0.00 | | 0.00 | 0.00 |
| 9.  STOCK INTEREST IN HONG PHAT, INC., A GA CORPORATION (INSOLVE | 0.00 | 0.00 | | 0.00 | 0.00 |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $54,422.71 | $20,687.00 | $0.00 | $20,687.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor owns a rental property which is located on Circle Drive in Morrow, Clayton County, Georgia, 30260 (the "Property").  Debtor has scheduled a single mortgage on the Property with a payoff of $52,813.  Zillow has the value at $73,170, HomeSnap at $69,000 and Redfin at $69,368.  The Property is on .91 acres.  It appears to have euity.`
Trustee to have the Property inspected and valued

More importantly, the mortgage on the Property appears to be avoidable due to a deficient notary seal.  The sole mortgage is presently with Wells Fargo and is dated August 8, 2007.  It appears to have been closed at a bank branch for Wachovia.  This belief is based on the fact that there is no waiver of borrower's rights or closing attorney affidavit.  Further, the two witnesses appear both to be unofficial:  Karena Nicholas and Vivian Sanders.  oth signed as the unofficial witnesses.  However, on the page immediately`
thereafter, Vivian Sanders also signs in a capacity as notary with an acknowledgment.  She cannot both serve as the acknowledging witness and the original witness.  Moreover, there is no acceptable notary seal.  Instead, there is just a round stamp that says across the diameter of it "SEAL."  It does not include the words "notary public", when the commission expires, the county, or anything else.  Handwritten is the expiration of the commission date.  But the stamp itself is insufficient and there is still lacking a witness.
Truste

It should also be clarified that the workers compensation claim that is listed in the amended statements and schedules is not a claim of the Debtor but, instead, a claim against the Debtor in his capacity as manager of the business where he worked known as Hong Phat, Inc. dba Hong Phat Market.

Initial Projected Date of Final Report (TFR): 12/31/2018        Current Projected Date of Final Report (TFR): 12/31/2018

Trustee Signature:        /s/ NEIL C GORDON, TRUSTEE        Date: 10/31/2017

NEIL C GORDON, TRUSTEE
171 17th Street NW, Suite 2100
Atlanta GA 30363-1031
(404) 873-8596
(404) 873-8596

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  16-72082

Case Name:  HANG NGOC NHAN

Taxpayer ID No:

For Period Ending: 09/30/2017

Trustee Name:  NEIL C GORDON, TRUSTEE

Bank Name:

Account Number/CD#:

Blanket Bond (per case limit):  $40,160,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:                                    $0.00            $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:        /s/ NEIL C GORDON, TRUSTEE        Date: 10/31/2017

NEIL C GORDON, TRUSTEE
171 17th Street NW, Suite 2100
Atlanta GA 30363-1031
(404) 873-8596
(404) 873-8596

Page Subtotals:                                    $0.00          $0.00