**FORM 1**
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No: | 16-72082 | PMB | Judge: | Paul M. Baisier |
| Case Name: | HANG NGOC NHAN | | | |
| For Period Ending: | 09/30/2018 | | | |

| | |
|---|---|
| Trustee Name: | NEIL C GORDON, TRUSTEE |
| Date Filed (f) or Converted (c): | 12/09/2016 (f) |
| 341(a) Meeting Date: | 01/11/2017 |
| Claims Bar Date: | 05/23/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  5295 CIRCLE DRIVE MORROW GA 30260-0000 CLAYTON | 50,000.00 | 18,687.00 | | 0.00 | 18,687.00 |
| 2.  2003 ACURA TL | 2,000.00 | 2,000.00 | | 0.00 | 2,000.00 |
| 3.  HOUSEHOLD GOODS AND FURNISHINGS | 1,250.00 | 0.00 | | 0.00 | 0.00 |
| 4.  MISCELLANEOUS ELECTRONICS | 250.00 | 0.00 | | 0.00 | 0.00 |
| 5.  WEARING APPAREL | 300.00 | 0.00 | | 0.00 | 0.00 |
| 6.  JEWELRY | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7.  CASH | 75.00 | 0.00 | | 0.00 | 0.00 |
| 8.  WELLS FARGO | 47.71 | 0.00 | | 0.00 | 0.00 |
| 9.  STOCK INTEREST IN HONG PHAT, INC., A GA CORPORATION (INSOLVE | 0.00 | 0.00 | | 0.00 | 0.00 |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $54,422.71 | $20,687.00 | | $0.00 | $20,687.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor owns a rental property which is located on Circle Drive in Morrow, Clayton County, Georgia (the "Property"). Debtor scheduled a single mortgage on the Property with a payoff of $52,813. The Property is on .91 acres. It appears to have equity. More importantly, the mortgage on the Property appears to be avoidable due to a deficient notary seal. The sole mortgage is presently with Wells Fargo and is dated August 8, 2007. It appears to have been closed at a bank branch for Wachovia. This belief is based on the fact that there is no waiver of borrower's rights or closing attorney affidavit. Further, the two witnesses appear both to be unofficial: Karena Nicholas and Vivian Sanders. Both signed as the unofficial witnesses. However, on the page immediately thereafter, Vivian Sanders also signs in a capacity as notary with an acknowledgment. She cannot both serve as the acknowledging witness and the original witness. Moreover, there is no acceptable notary seal. Instead, there is just a round stamp that says across the diameter of it "SEAL." It does not include the words "notary public", when the commission expires, the county, or anything else. Handwritten is the expiration of the commission date. But the stamp itself is insufficient and there is still lacking a witness.

Therefore, the Security Deed was not in recordable form, and if recorded nonetheless, would not provide actual or constructive notice as a matter of law and would be avoidable by Trustee. Trustee has filed a complaint against Wells Fargo Bank, N.A. (Adversary Proceeding No. 18-05227) to avoid its lien. Awaiting Wells Fargo's the Bank's response to the complaint.

It should also be clarified that the workers compensation claim that is listed in the amended statements and schedules is not a claim of the Debtor but, instead, a claim against the Debtor in his capacity as manager of the business where he worked known as Hong Phat, Inc. dba Hong Phat Market.

Initial Projected Date of Final Report (TFR): 12/31/2018          Current Projected Date of Final Report (TFR): 12/31/2019

Trustee Signature:          /s/ NEIL C GORDON, TRUSTEE          Date: 10/30/2018

NEIL C GORDON, TRUSTEE
171 17th Street NW, Suite 2100
Atlanta GA 30363-1031
(404) 873-8596
(404) 873-8596
neil.gordon@agg.com

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-72082

Case Name: HANG NGOC NHAN

Taxpayer ID No:

For Period Ending: 09/30/2018

Trustee Name: NEIL C GORDON, TRUSTEE

Bank Name:

Account Number/CD#:

Blanket Bond (per case limit): $30,390,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:                    $0.00          $0.00

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:      /s/ NEIL C GORDON, TRUSTEE      Date: 10/30/2018

NEIL C GORDON, TRUSTEE
171 17th Street NW, Suite 2100
Atlanta GA 30363-1031
(404) 873-8596
(404) 873-8596
neil.gordon@agg.com

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |