**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO. 16-72082-PMB |
| ) | |
| HANG NGOC NHAN, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |

**NOTICE OF PROPOSED ABANDONMENT OR DISPOSITION OF PROPERTY**

The undersigned Trustee intends to abandon the property listed below which is either burdensome or of inconsequential value to the bankruptcy estate. In accordance with Rule 6007 of the Bankruptcy Rules, Notice is hereby given of the proposed abandonment to Debtor or other disposition of:

**2003 ACURA TL**

Any objection by a party in interest shall be filed with the Clerk of this Court and a copy served on the Trustee within fourteen (14) days of the date of the mailing of this Notice. If no objection is filed within fourteen (14) days, the above-listed property shall be deemed abandoned without further hearing or Order of this Court.

/s/ Neil C. Gordon
NEIL C. GORDON
State Bar No. 302387

TRUSTEE'S ADDRESS:
Arnall Golden Gregory LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Neil.Gordon@agg.com
(404) 873-8596

14564263v1