# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 16-72082 PMB
**Case Name:** HANG NGOC NHAN

**Period Ending:** 12/31/19

**Trustee:** NEIL C GORDON, TRUSTEE
**Filed (f) or Converted (c):** 12/09/16 (f)
**§341(a) Meeting Date:** 01/11/17
**Claims Bar Date:** 05/23/17

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5295 CIRCLE DRIVEMORROW GA 30260-0000 CLAYTON | 50,000.00 | 18,687.00 | | 0.00 | 18,687.00 |
| 2 | 2003 ACURA TL | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 1,250.00 | 0.00 | | 0.00 | FA |
| 4 | MISCELLANEOUS ELECTRONICS | 250.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 6 | JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 7 | CASH | 75.00 | 0.00 | | 0.00 | FA |
| 8 | CHECKING ACCOUNT: WELLS FARGO | 47.71 | 0.00 | | 0.00 | FA |
| 9 | STOCK INTEREST IN HONG PHAT, INC., A GA CORPORATION (INSOLVENT, DEFUNCT) | 0.00 | 0.00 | | 0.00 | 0.00 |
| **TOTALS** (Excluding Unknown Values) | | **$54,422.71** | **$18,687.00** | | **$0.00** | **$18,687.00** |

**Major activities affecting case closing:**

Debtor owns a rental property which is located on Circle Drive in Morrow, Clayton County, Georgia (the "Property").  Debtor scheduled a single mortgage on the Property with a payoff of $52,813.  The Property is on .91 acres.  It appears to have equity. More importantly, the mortgage on the Property appeared to be avoidable due to a missing notary seal in order to have an official witness. There were other issues as well. Therefore, the Security Deed appeared not to be in recordable form, and if recorded nonetheless, would not provide actual or constructive notice as a matter of law and would be avoidable by Trustee. Trustee filed a complaint against Wells Fargo Bank, N.A. (Adversary Proceeding No. 18-05227) to avoid its lien. Wells Fargo's counsel located s security deed that did have a notary seal visible. Complaint has been dismissed. Trustee to sell the Rental Property.

**Initial Projected Date of Final Report (TFR):** December 31, 2018

**Current Projected Date of Final Report (TFR):** December 31, 2020

_____January 31, 2020_____
Date

/s/ NEIL C GORDON, TRUSTEE
NEIL C GORDON, TRUSTEE

**Form 2**
**Cash Receipts and Disbursements Record**

No Accounts for this Case